UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FLORIA WARD                                                              CIVIL ACTION

VERSUS                                                                   NO. 07-1313

HOUMA AUTO SALES ET AL                                                   SECTION "S" (3)

ORDER OF DISMISSAL

More than 120 days have elapsed since the filing of the complaint in this action and plaintiff has failed to show good cause why service of process has not been effected upon the defendants Houma Auto Sales, and Joseph Pinero, doing business as Houma Auto Sales, in accordance with the court's order entered October 24, 2008 (record doc. #19).

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims of plaintiff against defendants Houma Auto Sales, and Joseph Pinero, doing business as Houma Auto Sales are dismissed in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this __2nd__ day of December, 2008.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE